AO 245E    (Rev. 9/00) Judgment in a Criminal Case for Organizational Defendants
Sheet 1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
NOV 2 6 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA
v.
GLENN DEFENSE MARINE (ASIA) PTE. LTD.

**JUDGMENT IN A CRIMINAL CASE**
(For Organizational Defendants)

CASE NUMBER: 3:13-CR-3781-JLS-3

Douglas William Sprague
Defendant Organization's Attorney

THE DEFENDANT ORGANIZATION:

☒ pleaded guilty to count(s)  1-3 of the Superseding Information

☐ was found guilty on count(s) _____
after a plea of not guilty.

Accordingly, the defendant organization is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 18:371 | Conspiracy to Commit Bribery | 1 |
| 18:201 (b)(1)(A), (c) | Bribery | 2 |
| 18:371 | Conspiracy to Defraud the United States | 3 |

The defendant organization is sentenced as provided in pages 2 through __5__ of this judgment.
The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant organization has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

☒ Assessment : $ 400.00 imposed (payable forthwith)

☒ See Fine Page

   IT IS ORDERED that the defendant organization shall notify the United States Attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization shall notify the court and United States Attorney of any material change in the organization's economic circumstances.

11/05/2024
Date of Imposition of Sentence

HON. JANIS L. SAMMARTINO
UNITED STATES DISTRICT JUDGE

3:13-CR-3781-JLS-3

AO 245E     (Rev. 9/00) Judgment in a Criminal Case for Organizational Defendants
                Sheet 2 — Probation

Judgment—Page 2 of 5

DEFENDANT ORGANIZATION: GLENN DEFENSE MARINE (ASIA) PTE. LTD.
CASE NUMBER: 3:13-CR-3781-JLS-3

## PROBATION

The defendant organization is hereby sentenced to probation for a term of:
5 years as to counts 1-3 to run concurrent to one another for a total of 5 years. This sentence shall also run concurrent to the sentences imposed in case no.'s 13cr3782-JLS and 13cr4287-JLS for a total of 5 years.

## MANDATORY CONDITION

[x] The defendant organization shall not commit another federal, state or local crime.

[x] If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant organization pay any such fine or restitution.

[x] The defendant organization shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant organization shall also comply with the additional conditions on the attached page.

### STANDARD CONDITIONS OF SUPERVISION

1) within thirty days from the date of this judgment, the defendant organization shall designate an official of the organization to act as the organizations's representative and to be the primary contact with the probation officer;

2) the defendant organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

3) the defendant organization shall notify the probation officer ten days prior to any change in principal business or mailing address;

4) the defendant organization shall permit a probation officer to visit the organization at any of its operating business sites;

5) the defendant organization shall notify the probation officer within seventy-two hours of any criminal prosecution, major civil litigation, or administrative proceeding against the organization;

6) the defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees;

7) the defendant organization shall not waste, nor without permission of the probation officer, sell, assign, or transfer its assets.

AO 245E     (Rev. 9/00) Judgment in a Criminal Case for Organizational Defendants
            Sheet 2 — Continued 1 — Probation

Judgment—Page  3  of  5

DEFENDANT ORGANIZATION: GLENN DEFENSE MARINE (ASIA) PTE. LTD.
CASE NUMBER: 3:13-CR-3781-JLS-3

## SPECIAL CONDITIONS OF SUPERVISION

1. Pursuant to 18 U.S.C. § 3563(a)(1), any sentence of probation shall include the condition that the organization not commit another federal, state, or local crime during the term of probation.

2. The organization shall notify the court or probation officer immediately upon learning of (A) any material adverse change in its business or financial condition or prospects, or (B) the commencement of any bankruptcy proceeding, major civil litigation, criminal prosecution, or administrative proceeding against the organization, or any investigation or formal inquiry by governmental authorities regarding the organization.

3. The organization shall submit to : (A) a reasonable number of regular or unannounced examinations of its books and records at appropriate business premises by the probation officer or experts engaged by the court; and (B) interrogation of knowledgeable individuals within the organization. Compensation to and costs of any experts engaged by the court shall be paid by the organization.

AO 245E  Judgment in Criminal Case for Organizational Defendants
Criminal Monetary Penalties

Judgment — Page 4 of 5

DEFENDANT: GLENN DEFENSE MARINE (ASIA) PTE. LTD.
CASE NUMBER: 3:13-CR-03781-JLS-3

# FINE

The defendant shall pay a fine in the amount of __$36,000,000.00__ unto the United States of America.

This sum shall be paid ___ immediately.
　　　　　　　　　　　　　 _X_ as follows:

$36,000,000.00 fine (with no interest) to run concurrent to fine imposed in case no.'s 13cr3782-JLS and 13cr4287-JLS.

The Court has determined that the defendant _does not_ have the ability to pay interest. It is ordered that:

_X_ The interest requirement is waived.

___ The interest is modified as follows:

AO 245E   Judgment in Criminal Case for Organizational Defendants
           Criminal Monetary Penalties

DEFENDANT: GLENN DEFENSE MARINE (ASIA) PTE. LTD.
CASE NUMBER: 3:13-CR-03781-JLS

Judgment — Page 5 of 5

# RESTITUTION

The defendant shall pay restitution in the amount of $20,000,000.00 unto the United States of America.

Restitution due in the amount of $20,000.000.00 (with no interest) to run concurrent to the restitution imposed in case no's 13cr3782-JLS and 13cr4287-JLS.

This sum shall be paid ___ immediately.
                        _X_ as follows:

Leonard Glenn Francis has paid $5,000,000 to the victim, the United States Navy. This amount shall be credited towards the full amount of restitution owed by Defendant to the victim. This credit is a total of $5,000,000 only based on the same $5,000,000 payment referenced in paragraph 2 of the defendant Leonard Glenn Francis restitution order; that $5,000,000 must be credited to both defendant Leonard Glenn Francis and defendant GDMA, but it shall not be double counted (i.e., it is not a credit of $10,000,000). Restitution shall be joint and several with all co-defendants and co-conspirators ordered to pay restitution for the same losses, to include: Leonard Glenn Francis (13CR3781-JLS, 13CR3782-JLS, 13CR4287-JLS); Neil Peterson, Raja Shamsa, Pornpun Settaphakorn (14CR3703-JLS); Alex Wisidagama (13CR4043-JLS); John Bertrand Beliveau (13CR3781-JLS); and Edmund Aruffo (14CR1924-BTM). Any payment schedule does not foreclose the United States from exercising all legal actions, remedies, and process available to collect the restitution judgment, including but not limited to remedies pursuant to 18 U.S.C. §§ 3613 and 3664(m)(1)(A). Defendant shall forward all restitution payments, by bank or cashier's check or money order payable to the "Clerk, U.S. District Court," to:
Clerk of the Court
United States District Court
Southern District of California
333 West Broadway, Suite 420
San Diego, CA 92101

The Clerk shall pay restitution to the victim United States Navy, at:
United States Department of the Navy
DFAS Cleveland, Attn: JFMC-CD
1240 East 9th St.
Cleveland, OH 44199

The interest requirement is waived pursuant to 18 U.S.C. 3612(f)(3)(A). Until restitution has been paid, Defendant shall notify the Clerk of the Court and the United States Attorney's Office of any change in Defendant's economic circumstances that might affect Defendant's ability to pay restitution no later than thirty days after the change occurs. See 18 U.S.C. § 3664(k). Until restitution has been paid, Defendant shall notify the Clerk of the Court and the United States Attorney's Office of any change in mailing or residence address, no later than thirty days after the change occurs. See 18 U.S.C. § 3612(b)(1)(F). Pursuant to 18 U.S.C. § 3612(c), any money received from Defendant shall be paid in full in the following sequence: (1) penalty assessments under 18 U.S.C. § 3013; (2) restitution; and (3) all other fines, penalties, costs, and other payments required by the sentence.

The Court has determined that the defendant   does not   have the ability to pay interest. It is ordered that:

_X_   The interest requirement is waived.

___   The interest is modified as follows:

3:13-CR-03781-JLS